**Jay A. Zollinger**, OSB No. 97445
jay@outsidegcservices.com
**LAW OFFICE OF JAY ZOLLINGER**
3501 SW Illinois Street
Portland, OR 97221
Phone: 503.464.6787
Fax: 503.245.5744

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROBERT D. BOYDSTUN IV**, an individual,

Plaintiff,

v.

**U.S. BANK NATIONAL ASSOCIATION ND, dba ELAN FINANCIAL SERVICES**, a Nationally Chartered Banking Association, **EQUIFAX INFORMATION SERVICES, LLC**, a Georgia Limited Liability Company, **TRANSUNION LLC**, a Delaware Limited Liability Company, and **EXPERIAN INFORMATION SOLUTIONS, INC.**, an Ohio Corporation,

Defendants

Case No.: 3:11-CV-429-AC

**PLAINTIFF ROBERT BOYDSTUN'S MOTION TO COMPEL DISCOVERY**
Pursuant to Fed. R. Civ. P. 37(a)
ORAL ARGUMENT REQUESTED

Pursuant to Federal Rule of Civil Procedure 37(a), plaintiff, Robert D. Boydstun IV, hereby moves for an order compelling discovery from the defendants as follows:

1. Compelling TransUnion LLC to withdraw its evasive and incomplete responses to all of plaintiff's interrogatories, requests for admission, and requests for

production of documents, to provide full and complete responses to those discovery requests, to produce documents in response to requests for production 6 and 8 through 14, and to admit or deny request for admission 3;

2. Compelling defendant Experian Information Solutions, Inc. ("Experian") to withdraw its evasive and incomplete responses to plaintiff's requests for production 1-7 and 16-19, interrogatories 1-5 and 7, and requests for admission 3-4, 7, 9-10 and 15, to produce documents in response to requests for production 8 and 22, and to admit or deny requests for admission 6, 8 and 16;
3. Compelling defendant U.S. Bank National Association, ND, dba Elan Financial Services ("Elan") to provide a complete and binding explanation of how any document it has produced demonstrates that plaintiff agreed to be personally liable for the corporate debt at issue in this lawsuit and how any such document satisfies Oregon's statute of frauds, all in response to plaintiff's requests for admission 2, 4, and 6, and interrogatory 6; and
4. Compelling all defendants to produce documents reflecting claims by similarly-situated consumers, as requested in requests for production 12-16 to Elan, 9-14 to Experian, 9-13 to TransUnion, and 9-13 to Equifax Information Services, LLC.

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), plaintiff further moves for an order requiring defendants to pay plaintiff's reasonable expenses incurred in bringing this motion, including plaintiff's attorney fees, unless the Court finds that defendants' failure to provide the requested discovery was substantially justified or other circumstances make an award of expenses unjust.

Pursuant to Local Rule 7-1(a)(1)(A), the undersigned counsel certifies that he has made a good faith effort through multiple telephone conferences and email correspondence with each of defendant's counsel to resolve the issues raised in this motion, but the parties have been unable to resolve their disputes. This Motion is supported by a separately filed legal memorandum and by a Declaration of Jay Zollinger.

Dated this 18th day of October, 2011

LAW OFFICE OF JAY ZOLLINGER

By /s/ *Jay Zollinger*

Jay Zollinger
OSB No. 97445
503.464.6787
jay@outsidegcservices.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 18th day of October, 2011, I served the foregoing MOTION TO COMPEL DISCOVERY on the following parties by electronic means through the Court's Case Management/Electronic Case File system:

Julie R. Vacura
Larkins Vacura, LLP
621 SW Morrison St.
Suite 1450
Portland, OR 97205
Attorneys for Defendant U.S. Bank National Association ND

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Attorneys for TransUnion LLC

Paul J. Schilling
William R. Brown
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Attorneys for TransUnion LLC

K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Attorneys for Defendant Equifax Information Services LLC

Jeffrey M Edelson
Markowitz Herbold Glade & Mehlhaf, PC
1211 S.W. Fifth Avenue
Suite 3000
Portland, OR 97204
Attorneys for Defendant Equifax Information Services LLC

Reilley D. Keating
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204
Attorneys for Experian Information Solutions, Inc.

Katherine A. Klimkowski
Jones Day
3161 Michelson Drive, #800
Irvine, CA 92612
Attorneys for Experian Information Solutions, Inc.

**LAW OFFICE OF JAY ZOLLINGER**

By /s/ *Jay Zollinger*
Jay Zollinger
OSB No. 97445
503.464.6787
jay@outsidegcservices.com
Attorney for Plaintiff