**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail:  nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR  97204-3211
Telephone:  503-417-0508
Fax:  503-417-0528
Local Counsel for Defendant Trans Union, LLC


**Robert J. Schuckit, Esq.** (Admitted *Pro Hac Vice*)
**William R. Brown, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
         wbrown@schuckitlaw.com
Counsel for Defendant Trans Union, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| **ROBERT D. BOYDSTUN, IV, an individual,**      Plaintiff, | CASE NO. 3:11-cv-00429-AC |
| vs. | TRANSUNION LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT |
| **U.S. BANK NATIONAL ASSOCIATION ND, dba ELAN FINANCIAL SERVICES, a Nationally Chartered Banking Association; EQUIFAX INC., a Georgia Corporation; TRANSUNION LLC, a Delaware Limited Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,**      Defendants. | |

Page 1 – **TRANSUNION LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Defendant, TransUnion LLC, by counsel, hereby submits its Supplemental Corporate Disclosure Statement as follows:

1. Trans Union, LLC, is a limited liability company organized under the laws of Delaware and is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.

2. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc. TransUnion is a publicly traded entity. Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

No public company directly owns 10% or more of the stock in Trans Union LLC. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc. Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.

Respectfully submitted,

SCHUCKIT & ASSOCIATES, P.C.

*s/ William R. Brown*
**Robert J. Schuckit, Esq.**
(Admitted *Pro Hac Vice*)
**William R. Brown, Esq.**
(Admitted *Pro Hac Vice*)
Telephone: 317-363-2400
**Counsel for Defendant Trans Union, LLC**

**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant Trans Union, LLC**

Page 2 – **TRANSUNION LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of July, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Jay Zollinger, Esq.<br>jay@outsidegcservices.com | Julie R. Vacura, Esq.<br>jvacura@larkinsvacura.com |
| Danielle J. Hunsaker, Esq.<br>dhunsaker@larkinsvacura.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of July, 2015**, properly addressed as follows:

| | |
|---|---|
| None. | |

 

        *s/ William R. Brown*
        **Robert J. Schuckit, Esq.**
        (Admitted *Pro Hac Vice*)
        **William R. Brown, Esq.**
        (Admitted *Pro Hac Vice*)
        Telephone: 317-363-2400
        **Counsel for Defendant Trans Union, LLC**